# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | CR 14-00259-RGK-1 | Date | March 10, 2015 |
| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
| Interpreter | | | |

| Sharon L. Williams | Sandra MacNeil | Blanca Quintero/Alexander Porter |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Sylvia Ogbenyeanu Walter-Eze | X | | X | Christopher Darden/Oma Nkele | X | | X |

| | Day COURT TRIAL | 1st Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|
| | One day trial; X Begun (1st day); X Held & continued; | | | Completed by jury verdict/submitted to court. |
| X | The Jury is impaneled and sworn. | | | |
| | Opening statements made | | | |
| | Witnesses called, sworn and testified. | | | |
| | Exhibits identified | Exhibits admitted | | |
| | Government rests. | Defendant(s) | | rest. |
| | Motion for mistrial by | is granted | denied | submitted |
| | | is granted | denied | submitted |
| | Closing arguments made | Court instructs jury | | Bailiff sworn |
| | Alternates excused | Jury retires to deliberate | | Jury resumes deliberations |
| | Finding by Court as follows: | Jury Verdict as follows: | | |
| Dft # | Guilty on count(s) | Not Guilty on count(s) | | |
| | Jury polled | Polling waived | | |
| | Filed Witness & Exhibit lists | Filed Jury notes | Filed Jury Instructions | Filed Jury Verdict |
| | Dft # Referred to Probation Office for Investigation & Report and continued to | | | for sentencing. |
| | Dft # remanded to custody. Remand/Release # issd. Dft # released from custody. | | | |
| | Bond exonerated as to Dft # | | | |
| X | Case continued to 03/12/15 at 1:00 pm for further trial/further jury deliberation. | | | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

The Court issues tentative rulings on the parties' Motions in Limine: Govt MIL 1 to Preclude Improper Use of Law Enforcement Interview Summaries [73] is GRANTED.
Govt MIL 2 to Preclude Defendants from Admitting Their Exculpatory Hearsay Statements [74] is GRANTED.
Govt MIL 3 to Preclude Evidence Regarding Defendant Walter-Eze's Responsibilities to Care for Her Minor Children [75] is GRANTED.
Govt MIL 4 to Admit Evidence of Falsified Employment Letter Pursuant to FRE 404(b) [83] is DENIED.
Govt MIL 5 for Exclusion of Evidence of Government Witness's Prior Criminal Convictions [96] is GRANTED.
Govt MIL 6 to Exclude Evidence of Supposedly Legitimate Services Provided by Ezcor Medical Supply [104] is GRANTED.

X   Other:   Deft MIL to Exclude Testimony of Edna Q. Calaustro [121] is DENIED.

2 : 05

Initials of Deputy Clerk