# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| Case No. | CR 14-00259-RGK-1 | | Date | March 16, 2015 |
|---|---|---|---|---|

Present: The Honorable    R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

Interpreter

| Sharon L. Williams | Khowoonsun Chong | Blanca Quintero/Alexander Porter |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| <u>U.S.A. v. Defendant(s):</u> | <u>Present</u> | <u>Cust.</u> | <u>Bond</u> | <u>Attorneys for Defendants:</u> | <u>Present</u> | <u>App.</u> | <u>Ret.</u> |
|---|---|---|---|---|---|---|---|
| (1)Sylvia Ogbenyeanu Walter-Eze | X | | X | Christopher Darden/Oma Nkele | X | | X |

|   | Day <u>COURT TRIAL</u> | 4th Day <u>JURY TRIAL</u> | Death Penalty Phase |
|---|---|---|---|

|   | One day trial;    Begun (1st day);  X  Held & continued;    Completed by jury verdict/submitted to court. |
|---|---|

|   | The Jury is impaneled and sworn. |
|---|---|
|   | Opening statements made |
| X | Witnesses called, sworn and testified. |
| X | Exhibits identified          Exhibits admitted |
|   | Government rests.      Defendant(s)                        rest. |
|   | Motion for mistrial by            is    granted    denied    submitted |
|   | Motion for judgment of acquittal (FRCrP 29)    is    granted    denied    submitted |
|   | Closing arguments made        Court instructs jury        Bailiff sworn |
|   | Alternates excused        Jury retires to deliberate        Jury resumes deliberations |
|   | Finding by Court as follows:        Jury Verdict as follows: |
| Dft #    Guilty on count(s)        Not Guilty on count(s) |
|   | Jury polled        Polling waived |
|   | Filed Witness & Exhibit lists    Filed Jury notes    Filed Jury Instructions    Filed Jury Verdict |
|   | Dft #    Referred to Probation Office for Investigation & Report and continued to                    for sentencing. |
|   | Dft #    remanded to custody.    Remand/Release#        issd.    Dft #    released from custody. |
|   | Bond exonerated as to Dft # |
| X | Case continued to    03/17/15 at 8:30 a.m.    for further trial/further jury deliberation. |
| X | Other:    Julie Drucker, Spanish Language Interpreter for government witness. |

2    :    32

Initials of Deputy Clerk        slw