# LIST OF EXHIBITS AND WITNESSES

| Case Number | CR 14-259-RGK | Title | USA v. WALTER-EZE |
|---|---|---|---|
| Judge | R. GARY KLAUSNER | | |
| Dates of Trial or Hearing | 03.10.15; 03.12.15; 03/13/15; 03.16.15; 03.17.15; 03.18.15; 03.19.2015 | | |
| Court Reporters or Tape No. | SANDRA MACNEIL; KHOLOONSUH CHONG | | |
| Deputy Clerks | SHARON WILLIAMS / PAUL SONGCO | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| BLANCA QUINTERO | CHRISTOPHER DARDEN |
| ALEXANDER PORTER | OMA NKELE |

FILED CLERK, U.S. DISTRICT COURT MAR 19 2015 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | | |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | EXHIBIT DESCRIPTION / WITNESS | Called By |
| | | | | | | BRENT PERSON | π |
| 2 | ✓ | — | | | | POWER WHEELCHAIR | |
| 3 | ✓ | ✓ | | | | LCDS FOR DME | |
| 1 | ✓ | ✓ | | | | CMS FORM 1500 | |
| 4 | ✓ | ✓ | | | | ENROLLMENT APPLICATION | |
| 5 | ✓ | ✓ | | | | ENROLLMENT APPLICATION | |
| 6 | ✓ | ✓ | | | | ENROLLMENT APPLICATION | |
| 7 | ✓ | ✓ | | | | EFT AGREEMENT | |
| 8 | ✓ | ✓ | | | | EFT AGREEMENT | |
| 9 | ✓ | ✓ | | | | EFT AGREEMENT | |
| 11 | ✓ | ✓ | | | | MEDICARE CLAIMS DATA | |
| 10 | ✓ | ✓ | | | | DHCS PROVIDER APPLICATION | |
| 12 | ✓ | ✓ | | | | MEDICARE CLAIMS DATA | |
| | | | | | | ALISON DAVIS | π |
| 16 | ✓ | ✓ | | | | EZCOR CALIF CORP RECORDS | |
| 19 | ✓ | ✓ | | | | BANK RECORDS | |
| 20 | ✓ | ✓ | | | | KICKBACK CHECKS - GUZMAN | |
| 21 | ✓ | ✓ | | | | KICKBACK CHECKS - ESTRELLA | |
| 68 | ✓ | ✓ | | | | KICKBACK CHECKS - AVES | |
| 23 | ✓ | ✓ | | | | DMV RECORDS - GUZMAN | |
| 24 | ✓ | ✓ | | | | DMV RECORDS - ESTRELLA | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LIST OF EXHIBITS AND WITNESS - CONTINUED

Case No. CR 14-00259-RGK-1 Title: USA v. WALTER-EZE

| Plaintiff(s) | | | Defendant(s) | | | Exhibit Description / Witness | Called By |
|---|---|---|---|---|---|---|---|
| Ex. # | Id. | Ev. | Ex. # | Id. | Ev. | | |
| 13 | ✓ | ✓ | | | | PHOTOS | |
| 14 | ✓ | ✓ | | | | PHOTOS | |
| 16 | ✓ | ✓ | | | | MEDICARE AUDIT NOTICE | |
| 17 | ✓ | ✓ | | | | EZCOR - 4/9/12 TERMINATION LETTER | |
| 18 | ✓ | ✓ | | | | FINAL AUDIT NOTICE | |
| 25 | ✓ | ✓ | | | | MENDOZA PATIENT FILE | |
| 26 | ✓ | ✓ | | | | MUNAR PATIENT FILE | |
| 27 | ✓ | ✓ | | | | GUTIERREZ PATIENT FILE | |
| 28 | ✓ | ✓ | | | | WINSTON PATIENT FILE | |
| 29 | ✓ | ✓ | | | | GARIBAY PATIENT FILE | |
| 44 | ✓ | ✓ | | | | CD OF DEFENDANT'S INTERVIEW | |
| 30 | ✓ | ✓ | | | | CONTACT INFORMATION SHEETS | |
| 38 | ✓ | ✓ | | | | INDEPENT ASSOCIATE COMM. SCHEDULE | |
| 31 | ✓ | ✓ | | | | AVES PATIENT RECRUITER FILE | |
| 32 | ✓ | ✓ | | | | CANDI PATIENT RECRUITER FILE | |
| 33 | ✓ | ✓ | | | | DR. HEIDI PATIENT RECRUITER FILE | |
| 76 | ✓ | ✓ | | | | ESTRELLA PATIENT RECRUITER FILE I | |
| 77 | ✓ | ✓ | | | | ESTRELLA PATIENT RECRUITER FILE II | |
| 78 | ✓ | ✓ | | | | ESTRELLA PATIENT RECRUITER FILE III | |
| 79 | ✓ | ✓ | | | | ESTRELLA PATIENT RECRUITER FILE IV | |
| 34 | ✓ | ✓ | | | | W4 FOR GUZMAN | |
| 35 | ✓ | ✓ | | | | W4 FOR ESTRELLA | |
| 36 | ✓ | ✓ | | | | GUZMAN LETTER OF CONTRACT | |
| 37 | ✓ | ✓ | | | | ESTRELLA LETTER OF CONTRACT | |
| 69 | ✓ | ✓ | | | | SANDHU PATIENT FILE | |
| 70 | ✓ | ✓ | | | | ALCANTARA PATIENT FILE | |
| 71 | ✓ | ✓ | | | | CUYOS PATIENT FILE | |
| 75 | ✓ | ✓ | | | | MEZA PATIENT FILE | |
| 43 | ✓ | ✓ | | | | MEDICARE AUDIT NOTICE 3/27/12 | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LIST OF EXHIBITS AND WITNESS - CONTINUED

Case No. CR 14-00259 RGK Title: USA v. WALTER-EZE

| Plaintiff(s) | | | Defendant(s) | | | Exhibit Description / Witness | Called By |
|---|---|---|---|---|---|---|---|
| Ex. # | Id. | Ev. | Ex. # | Id. | Ev. | | |
| 72 | 03.13.15 | 03.13.15 | | | | GALLARDO PATIENT FILE | |
| 73 | 03.13.15 | 03.13.15 | | | | CANLAS PATIENT FILE | |
| 74 | 03.13.15 | 03.13.15 | | | | MARTINEZ PATIENT FILE | |
| | | | | | | WILMER DAVID GUZMAN | π |
| 45 | 03.13.15 | 03.13.15 | | | | EZCOR FLYER | |
| | | | | | | ELNA CALAUSTRO | π |
| | | | | | | ELDER AGUILAR | π |
| | | | | | | MARIANO MENDOZA | π |
| | | | B | 03.17.15 | — | ORDER FLOW INSTRUCTIONS | |
| | | | | | | JAVIER CALDERON | π |
| | | | | | | MARY WINSTON | π |
| | | | | | | KEIT TRAN | π |
| | | | | | | VILMA CRUZ MUNAR | π |
| | | | | | | SUSAN LIM | π |
| | | | | | | MARIA GARIBAY | π |
| | | | | | | LELYS CAMPOS | π |
| | | | | | | ERIC FROESCHNER | π |
| 46 | ✓ | ✓ | | | | SUMMARY EXHIBIT | |
| 47 | ✓ | ✓ | | | | SUMMARY EXHIBIT | |
| 48 | ✓ | ✓ | | | | SUMMARY EXHIBIT | |
| 49 | ✓ | ✓ | | | | SUMMARY EXHIBIT | |
| 50 | ✓ | ✓ | | | | SUMMARY EXHIBIT | |
| 51 | ✓ | ✓ | | | | SUMMARY EXHIBIT | |
| 52 | ✓ | ✓ | | | | SUMMARY EXHIBIT | |
| 53 | ✓ | ✓ | | | | SUMMARY EXHIBIT | |
| 54 | ✓ | ✓ | | | | SUMMARY EXHIBIT | |
| 55 | ✓ | ✓ | | | | SUMMARY EXHIBIT | |
| 56 | ✓ | ✓ | | | | SUMMARY EXHIBIT | |
| 57 | ✓ | ✓ | | | | SUMMARY EXHIBIT | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LIST OF EXHIBITS AND WITNESS - CONTINUED

Case No. CR 14-00259-RGK-1 Title: USA v. HALTER-EZE

| Plaintiff(s) | | | Defendant(s) | | | Exhibit Description / Witness | Called By |
|---|---|---|---|---|---|---|---|
| Ex. # | Id. | Ev. | Ex. # | Id. | Ev. | | |
| 58 | 03-17-15 | 03-17-15 | | | | SUMMARY EXHIBIT | |
| 59 | 03-17-15 | 03-17-15 | | | | SUMMARY EXHIBIT | |
| 60 | 03-17-15 | 03-17-15 | | | | SUMMARY EXHIBIT | |
| 61 | 03-17-15 | 03-17-15 | | | | SUMMARY EXHIBIT | |
| 62 | 03-17-15 | 03-17-15 | | | | SUMMARY EXHIBIT | |
| 63 | 03-17-15 | 03-17-15 | | | | SUMMARY EXHIBIT | |
| 64 | 03-17-15 | 03-17-15 | | | | SUMMARY EXHIBIT | |
| 65 | 03-17-15 | 03-17-15 | | | | SUMMARY EXHIBIT | |
| 66 | 03-17-15 | 03-17-15 | | | | SUMMARY EXHIBIT | |
| 67 | 03-17-15 | 03-17-15 | | | | SUMMARY EXHIBIT | |
| | | | | | | | |
| | | | | | | SYLVIA HALTER-EZE | Δ |
| | | | A | 03-18-15 | 03-18-15 | REGIONS | |
| | | | B | 03-18-15 | 03-18-15 | ORDER FLOW SEQUENCE | |
| | | | C | 03-18-15 | 03-18-15 | EZCOR MEDICAL CLIENTS | |
| | | | D | 03-18-15 | — | SITE REPORT | |
| | | | G | 03-18-15 | — | LETTER OF CONTRACT | |
| | | | I | 03-18-15 | 03-18-15 | SALES REP. CONTRACT | |
| | | | X | 03-18-15 | 03-18-15 | ADVERTISEMENT | |
| | | | J | 03-18-15 | 03-18-15 | REQUEST TAXPAYER ID | |
| | | | | | | ALISON DAVIS | Δ |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
BLANCA QUINTERO
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justcie
ALEXANDER F. PORTER
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (202) 714-9138
Facsimile: (562) 982-1799
E-mail: Blanca.quintero@usdoj.gov
Alexander.Porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SYLVIA OGBENYEANU WALTER-EZE,<br><br>Defendant. | No. CR 14-259-RGK<br><br>GOVERNMENT'S WITNESS LIST<br><br>DATE: March 10, 2015<br>TIME: 9:00 a.m.<br>CTRM: 850<br>JUDGE: Hon. R. Gary Klausner |

Plaintiff United States of America, by and through its counsel of record, the Fraud Section of the United States Department of Justice, hereby files its anticipated witness list.

/

/

/

The United States reserves the right to modify the attached draft witness list as necessary during trial.

Dated: March 10, 2015

Respectfully submitted,

STEPHANIE YONEKURA
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

/s/

BLANCA QUINTERO
Trial Attorney
Fraud Section, Criminal Division
ALEXANDER PORTER
Trial Attorney
Fraud Section, Criminal Division

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**GOVERNMENT'S WITNESS LIST**

1. Brent Person 03.12.15 PM
2. Special Agent Alison Davis 03.12.15 PM, 3/13/15
3. Wilmer David Guzman 3/13/15; 03.16.15 PM
4. Dr. Edna Q. Calaustro 03.16.15 PM
5. Elder (Ed) Aguilar 03.16.15 PM; 03.17.15 AM
6. Paloma Salomon De McLean
7. Mariano Mendoza 03.17.15 AM
8. Vilma Cruz Munar 03.17.15 AM
9. Dr. Susan Lim 03.17.15 AM
10. Maria Garibay 03.17.15 AM
11. Dr. Lelys Campos 03.17.15 AM
12. Mary Winston 03.17.15 AM
13. Dr. Keit Tran 03.17.15 AM
14. Javier Calderon 03.17.15 AM
15. Special Agent Eric Froeschner 03.17.15 AM

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
BLANCA QUINTERO
Trial Attorney
Criminal Division, Fraud Section
ALEXANDER F. PORTER
Trial Attorney
Criminal Division, Fraud Section
United States Department of Justice
1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (202) 714-9138
Facsimile: (562) 982-1799
E-mail: Blanca.Quintero@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SYLVIA OGBENYEANU WALTER-EZE,<br><br>Defendant. | CR No. 14-259-RGK<br><br>GOVERNMENT'S EXHIBIT LIST<br><br>DATE: March 10, 2015<br>TIME: 9:00 a.m.<br>CTRM: 850<br>JUDGE: Hon. R. Gary Klausner |

Plaintiff United States of America, by and through its counsel of record, United States Department of Justice Trial Attorneys Blanca Quintero and Alexander F. Porter, hereby files its anticipated

///

///

///

exhibit list. The United States reserves the right to modify the attached exhibit list as necessary during trial.

Dated: March 10, 2015

STEPHANIE YONEKURA
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

/s/

BLANCA QUINTERO
ALEXANDER F. PORTER
Trial Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

| Number | Description | Date Identified | Admitted |
|---|---|---|---|
| 1 | CMS Form 1500 | 03·12·15 | 03·12·15 |
| 2 | Power wheelchair (demonstrative) | 03·12·15 | — |
| 3 | LCDs for DME | 03·12·15 | 03·12·15 |
| 4 | EZCOR enrollment application - 8/29/03 | 03·12·15 | 03·12·15 |
| 5 | EZCOR enrollment application - 4/13/07 | 03·12·15 | 03·12·15 |
| 6 | EZCOR enrollment application - 3/21/12 | 03·12·15 | 03·12·15 |
| 7 | Electronic Funds Transfer ("EFT") Agreement - 8/23/06 | 03·12·15 | 03·12·15 |
| 8 | Electronic Funds Transfer ("EFT") Agreement - 1/11/10 | 03·12·15 | 03·12·15 |
| 9 | Electronic Data Interchange ("EDI") Agreement - 3/19/04 | 03·12·15 | 03·12·15 |
| 10 | DHCS Provider Application - 6/25/09 | 03·12·15 | 03·12·15 |
| 11 | Ezcor Medicare Claims Data | 03·12·15 | 03·12·15 |
| 12 | Ezcor Medi-Cal Claims Data | 03·12·15 | 03·12·15 |
| 13 | Photos of beneficiaries and power wheelchair - SA Davis | 03·12·15 | 03·12·15 |
| 14 | Photos of beneficiaries and power wheelchair - SA Froeschner | 03·12·15 | 03·17·15 |
| 14a | Mariano Mendoza photo | 03·17·15 | 03·17·15 |
| 14b | Vilma Cruz Munar | 03·17·15 | 03·17·15 |
| 14c | Vilma Cruz Munar power wheelchair | 03·17·15 | 03·17·15 |
| 14d | Mary Winston photo | 03·17·15 | 03·17·15 |
| 14e | Mary Winston power wheelchair photo | 03·17·15 | 03·17·15 |
| 15 | Ezcor California corporate records | 03·12·15 | 03·12·15 |
| 16 | Medicare- 3/27/2012 - Audit Notice | 03·12·15 | 03·12·15 |
| 17 | Ezcor - 4/9/2012 Voluntary Termination Letter by Walter-Eze to Medicare | 03.13.15 | 03.13.15 |
| 18 | Medicare- 6/18/2012 - Final Results of Audit | 03.13.15 | 03·19·15 |
| 19 | Bank records | 03·12·15 | 03·12·15 |
| 19a | Ezcor bank records - Bank of America- xxxx-2800 | 03·17·15 | 03·17·15 |
| 19b | Ezcor bank records - Bank of America- xxxx-3951 | 03·17·15 | 03·17·15 |
| 19c | Ezcor bank records - Capital One Bank- xxxx-4585 | 03·17·15 | 03·17·15 |
| 19d | Ezcor bank records - Wells Fargo Bank- xxxx-8707 | 03·17·15 | 03·17·15 |
| 19e | Wilmer David Guzman bank records - JP Morgan Chase Bank- xxxx-4102 | 03·17·15 | 03·17·15 |
| 20 | Ezcor kickback checks to Wilmer David Guzman | 03·12·15 | 03·12·15 |
| 21 | Ezcor kickback checks to Judith Estrella | 03·12·15 | 03·12·15 |
| 22 | Ezcor kickback checks to Emilio Lagasca | | |
| 23 | Certified DMV record of Guzman | 03·12·15 | 03·12·15 |
| 24 | Certified DMV record of Estrella | 03·12·15 | 03·12·15 |
| 25 | Mariano Mendoza Patient File | 03.13.15 | 03.13.15 |
| 26 | Vilma Cruz Munar Patient File | 03.13.15 | 03.13.15 |

| | | | |
|---|---|---|---|
| 27 | Nazario Gutierrez Patient File | 03.13.15 | 03.13.15 |
| 28 | Mary Winston Patient File | 03.13.15 | 03.13.15 |
| 29 | Maria Garibay Patient File | 03.13.15 | 03.13.15 |
| 30 | Ezcor - Independent Associate Contact Information Sheets | 03.13.15 | 03.13.15 |
| 31 | Jean Aves Patient Recruiter File | 03.13.15 | 03.13.15 |
| 32 | "Candi" Patient Recruiter File | 03.13.15 | 03.13.15 |
| 33 | Heidi Morishita "Dr. Heidi" Patient Recruiter File | 03.13.15 | 03.13.15 |
| 34 | Ezcor - W-4 of Wilmer David Guzman | 03.13.15 | 03.13.15 |
| 35 | Ezcor - W-4 of Judith Estrella | 03.13.15 | 03.13.15 |
| 36 | Ezcor- 10/14/2010- "Independent Associate Letter of Contract"- Wilmer David Guzman | 03.13.15 | 03.13.15 |
| 37 | Ezcor- 01/02/2010- "Independent Associate Letter of Contract" - Judith B. Estrella | 03.13.15 | 03.13.15 |
| 38 | Ezcor Independent Associate Commission Schedule | 03.13.15 | 03.13.15 |
| 39 | INTENTIONALLY LEFT BLANK | | |
| 40 | INTENTIONALLY LEFT BLANK | | |
| 41 | Ezcor Fake "Director of Sales" letter - 10/5/10 | | |
| 42 | INTENTIONALLY LEFT BLANK | | |
| 43 | Medicare - 3/27/2012 Audit Notice (S/W) | 03.13.15 | 03.13.15 |
| 44 | Walter-Eze interview recording-- 5/25/2012 Interview | 03.13.15 | 03.13.15 |
| 45 | Ezcor Brochure - Given by Walter-Eze to Wilmer David Guzman | 03.13.15 | 03.13.15 |
| 46 | Summary Exhibit - combined total billed and paid to Medicare and Medi-Cal | 03.17.15 | 03.17.15 |
| 47 | Summary Exhibit - total billed and paid to Medicare and Medi-Cal | 03.17.15 | 03.17.15 |
| 48 | Summary Exhibit - total billed and paid to Medicare and Medi-cal by year | 03.17.15 | 03.17.15 |
| 49 | Summary Exhibit - types of claims submitted to Medicare | 03.17.15 | 03.17.15 |
| 50 | Summary Exhibit - top referring physicians | 03.17.15 | 03.17.15 |
| 51 | Summary Exhibit - number of power wheelchairs prescribed (by physician) | 03.17.15 | 03.17.15 |
| 52 | Summary Exhibit - payments from EZCOR accounts | 03.17.15 | 03.17.15 |
| 53 | Summary Exhibit - money from EZCOR bank accounts to Walter-Eze | 03.17.15 | 03.17.15 |
| 54 | Summary Exhibit - benes outside of LA | 03.17.15 | 03.17.15 |
| 55 | Summary Exhibit - distance from EZCOR to beneficiary residences | 03.17.15 | 03.17.15 |
| 56 | Summary Exhibit - Referring physicians for Northern California beneficiaries | 03.17.15 | 03.17.15 |
| 57 | Summary Exhibit - Medicare Audit Timeline | 03.17.15 | 03.17.15 |
| 58 | Summary Exhibit - Mariano Mendoza (Count 2) | 03.17.15 | 03.17.15 |
| 59 | Summary Exhibit - EZCOR claims for Mariana Mendoza | 03.17.15 | 03.17.15 |
| 60 | Summary Exhibit - Vilma Cruz Munar (Count 3) | 03.17.15 | 03.17.15 |
| 61 | Summary Exhibit - EZCOR claims for Vilma Cruz Munar | 03.17.15 | 03.17.15 |
| 62 | Summary Exhibit - Nazario Gutierrez (Count 4) | 03.17.15 | 03.17.15 |
| 63 | Summary Exhibit - EZCOR claims for Nazario Gutierrez | 03.17.15 | 03.17.15 |
| 64 | Summary Exhibit - Mary Winston (Count 5) | 03.17.15 | 03.17.15 |

| | | | |
|---|---|---|---|
| 65 | Summary Exhibit - EZCOR claims for Mary Winston | 03.17.15 | 03.17.15 |
| 66 | Summary Exhibit - Maria Garabay (Count 6) | 03.17.15 | 03.17.15 |
| 67 | Summary Exhibit - EZCOR claims for Maria Garabay | 03.17.15 | 03.17.15 |
| 68 | Ezcor kickback checks to Jean Aves | 03.12.15 | 03.12.15 |
| 69 | Sohan S. Sandhu Patient File | 03.13.15 | 03.13.15 |
| 70 | Josefina Alcantara Patient File | 03.13.15 | 03.13.15 |
| 71 | Andres Cuyos Patient File | 03.13.15 | 03.13.15 |
| 72 | Perla Gallardo Patient File | 03.13.15 | 03.13.15 |
| 73 | Romualdo Canlas Patient File | 03.13.15 | 03.13.15 |
| 74 | Cesar Martinez Patient File | 03.13.15 | 03.13.15 |
| 75 | Filemon Meza Patient File | 03.13.15 | 03.13.15 |
| 76 | Judith "Judy" Estrella Patient Recruiter File I | 03.13.15 | 03.13.15 |
| 77 | Judith "Judy" Estrella Patient Recruiter File II | 03.13.15 | 03.13.15 |
| 78 | Judith "Judy" Estrella Patient Recruiter File III | 03.13.15 | 03.13.15 |
| 79 | Judith "Judy" Estrella Patient Recruiter File IV | 03.13.15 | 03.13.15 |

CHRISTOPHER DARDEN, Bar No. 094959
LAW OFFICES OF CHRISTOPHER A. DARDEN
11500 W. Olympic Boulevard
Suite 400
Los Angeles, California 90064
Telephone: (310) 654-3369
Facsimile: (310) 568-1806

Attorneys for Defendant
Sylvia Ogbenyeanu Walter-Eze

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SYLVIA OGBENYEANU WALTER-EZE,<br>Defendant. | CASE NO. 14-259-RGK-1<br>**DEFENSE WITNESS LIST** |

**TO THE ABOVE-ENTITLED COURT:**

COMES NOW DEFENDANT, SYLVIA OGBENYEANU WALTER-EZE by and through her attorneys and submits the following Witness List:

1. John Adefowere

DATED: March 10, 2015

LAW OFFICES OF CHRISTOPHER DARDEN

By: ______________________
Christopher A. Darden, Esq.
Attorneys for Defendant
Sylvia Ogbenyeanu Walter-Eze

CHRISTOPHER DARDEN, Bar No. 094959
LAW OFFICES OF CHRISTOPHER A. DARDEN
11500 W. Olympic Boulevard
Suite 400
Los Angeles, California 90064
Telephone: (310) 654-3369
Facsimile: (310) 568-1806

Attorneys for Defendant
Sylvia Ogbenyeanu Walter-Eze

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. SYLVIA OGBENYEANU WALTER-EZE, Defendant. | CASE NO. 14-259-RGK-1 **DEFENSE EXHIBIT LIST** |
|---|---|

**TO THE ABOVE-ENTITLED COURT:**

COMES NOW DEFENDANT, SYLVIA OGBENYEANU WALTER-EZE by and through her attorneys and submits the following Exhibit List:

1. Exhibit A- Durable Medical Equipment Medicare Administrative Contractors Regions; 03·18·15
2. Exhibit B – Order Flow Sequence instructions for Ezcor Medical Supply; 03·18·15
3. Exhibit C – A list of Ezcor Medical Clients; 03·18·15
4. Exhibit D – Site Investigation report dated 12/08/2008; ID ONLY

5. Exhibit E – SACU Investigator Weekly Site Visit Reports dated 3/12/2010;
6. Exhibit F - SACU Investigator Weekly Site Visit Reports dated 02/25/2011;
7. Exhibit G – Independent Associate Letter of Contract dated 10/14/2010; ID ONLY
8. Exhibit H – Employment letter re Judith Estrella dated 12/8/2006;
9. Exhibit I – Ezcor Sales Representative Contract re Judith Estrella; 03·18·15
10. Exhibit J – Request for Taxpayer Identification Number and Certification re Judith Estrella, dated 04/28/2010; 03·18·15
11. Exhibit K – Inspection form re Ezcor- 900 Inc;
12. Exhibit L - Letter dated March 27, 2012 from CMS Safeguard Services LLC;
13. Exhibit M – Actions/Narratives re Investigation dated 03/27/2012;
14. Exhibit N – Withdrawal letter re DMEPOS revalidation dated April 4, 2012;
15. Exhibit O- Doctor's Medical Supply Form;
16. Exhibit P – Vebsite LLC Online Marketing Insertion Order Agreement dated 08/03/2011;
17. Exhibit Q – Division of Vebsite Marketing Services Insertion Order Form;
18. Exhibit R – Medicare DMEPOS Suppliers Standards.
19. Exhibit S – Medical information and Forms re Maria Garibay.
20. Exhibit T – Medical information re Vilma Cruz Munar.
21. Exhibit U – Medical information and forms re Nazario Gutierrez.

//

//

//

//

22. Exhibit V – Medical information and forms re Mariano Mendoza.

23. Exhibit W – Medical information and forms re Mary Winston.

24. Exhibit X - Advertisement for Shoprider Jimmie. 03·18·15

25. Exhibit Y – Walter-Eze Request for Modification and Affidavit from Chase Bank.

Defendant reserves the right to offer additional exhibits during trial.

DATED: March 11, 2015

LAW OFFICES OF CHRISTOPHER DARDEN

By: ______________________________
Christopher A. Darden, Esq.
Attorneys for Defendant
Sylvia Ogbenyeanu Walter-Eze