UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE R. GARY KLAUSNER, U.S. DISTRICT JUDGE

UNITED STATES OF AMERICA,                )
                                         )
            PLAINTIFF,                   )
                                         )
      vs.                                ) No. CR 14-00259-RGK-1
                                         )
SYLVIA OGBENYEANU WALTER-EZE,            )
                                         )
            DEFENDANT.                   )

REPORTER'S TRANSCRIPT OF JURY TRIAL

DAY 8; PAGES 1001 to 1018

LOS ANGELES, CALIFORNIA

FRIDAY, MARCH 20, 2015

8:58 A.M.

*SANDRA MacNEIL, CSR 9013, RPR, CRR, RMR*
*Official Court Reporter, U.S. District Court*
*255 East Temple Street, Room 181-F*
*Los Angeles, CA  90012*
*213.894.5949*

```
 1   APPEARANCES OF COUNSEL:

 2


 3   FOR PLAINTIFF, UNITED STATES OF AMERICA:

 4           UNITED STATES DEPARTMENT OF JUSTICE
             BY:  BLANCA QUINTERO, ASSISTANT U.S. ATTORNEY
 5                ALEXANDER PORTER, ASSISTANT U.S. ATTORNEY
             4811 AIRPORT PLAZA DRIVE, 5TH FLOOR
 6           LONG BEACH, CALIFORNIA  90815
             202.714.9138
 7


 8


 9   FOR THE DEFENDANT, SYLVIA OGBENYEANU WALTER-EZE:

10           LAW OFFICE OF CHRISTOPHER DARDEN
             BY:  CHRISTOPHER DARDEN, ATTORNEY AT LAW
11                OMA N. NKELE, ATTORNEY AT LAW
             11500 WEST OLYMPIC BOULEVARD, SUITE 400
12           LOS ANGELES, CALIFORNIA  90064
             310.982.9826
13

14   ALSO PRESENT:

15           ALISON DAVIS, SPECIAL AGENT, UNITED STATES DEPARTMENT
             OF HEALTH AND HUMAN SERVICES
16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

I N D E X

*PROCEEDINGS:*                                             *PAGE*:

VERDICT READ                                               1004

POLLING OF THE JURY                                        1009

ARGUMENT BY MR. DARDEN RE BOND                             1012

ARGUMENT BY MS. QUINTERO RE BOND                           1013

REBUTTAL ARGUMENT BY MR. DARDEN RE BOND                    1015

```
 1            LOS ANGELES, CALIFORNIA; FRIDAY, MARCH 20, 2015

 2                              8:58 A.M.

 3                              - - - -

 4        (In the presence of the jury:)

 5            THE COURT:  Okay.  The record will reflect that all

 6   the members of the jury are in their respective seats in the

 7   jury box, and the parties and attorneys are here.

 8        Mr. Ibarra, I have a note from you here that the jury has

 9   reached a unanimous verdict.  Is that correct?

10            JUROR:  That is correct, your Honor.

11            THE COURT:  And have you dated and signed that verdict

12   form, signed it?

13            JUROR:  Yes.

14            THE COURT:  Okay.  And everybody has agreed on it; is

15   that correct?

16            JUROR:  Yes.

17            THE COURT:  Okay.  Why don't you pass it up, then,

18   please, through the bailiff.

19        Okay.  Will you read the verdict, please.

20            THE CLERK:  (Reading:)

21               "United States of America versus Sylvia

22               Ogbenyeanu Walter-Eze, case No. Criminal

23               14-259-RGK.

24               "Verdict.

25               "Count 1.  Count 1 of the indictment
```

```
 1           charges the defendant, Sylvia Ogbenyeanu
 2           Walter-Eze, with participating in a conspiracy
 3           to commit healthcare fraud with
 4           co-conspirators Wilmer David Guzman, Judith
 5           Estrella, and others, in violation of Title
 6           18, United States Code, Section 1349.
 7                "We the jury, in the above-captioned
 8           cause, unanimously find the defendant, Sylvia
 9           Ogbenyeanu Walter-Eze, guilty as charged
10           one -- in Count 1 of the indictment.
11                "Count 2 of the indictment charges the
12           defendant, Sylvia Ogbenyeanu Walter-Eze, with
13           healthcare fraud in violation of Title 18,
14           United States Code, Section 1347.  Count 2 is
15           based on a claim for approximately $5,810.09
16           submitted to Medicare on approximately April
17           8, 2010, for a medically unnecessary power
18           wheelchair and related accessories provided to
19           Mariano Mendoza.
20                "We the jury, in the above-captioned
21           cause, unanimously find the defendant, Sylvia
22           Ogbenyeanu Walter-Eze, guilty as charged in
23           Count 2 of the indictment.
24                "Count 3 of the indictment charges the
25           defendant, Sylvia Ogbenyeanu Walter-Eze, with
```

```
 1            healthcare fraud in violation of Title 18,
 2            United States Code, Section 1347.  Count 3 is
 3            based on a claim for approximately $4,876.27
 4            submitted to Medicare on approximately June
 5            24th, 2010, for a medically unnecessary power
 6            wheelchair and related accessories provided to
 7            Vilma Cruz Munar.
 8                 "We the jury, in the above-captioned
 9            cause, unanimously find the defendant, Sylvia
10            Ogbenyeanu Walter-Eze, guilty as charged in
11            Count 3 of the indictment.
12                 "Count 4 of the indictment charges the
13            defendant, Sylvia Ogbenyeanu Walter-Eze, with
14            healthcare fraud in violation of Title 18,
15            United States Code, Section 1347.  Count 4 is
16            based on a claim for approximately $5,810.09
17            submitted to Medicare on approximately August
18            16, 2010, for a medically unnecessary power
19            wheelchair and related accessories provided to
20            Nazario Gutierrez.
21                 "We the jury, in the above-captioned
22            cause, unanimously find the defendant, Sylvia
23            Ogbenyeanu Walter-Eze, not guilty as charged
24            in Count 4 of the indictment.
25                 "Count 5 of the indictment charges the
```

```
 1            defendant, Sylvia Ogbenyeanu Walter-Eze, with
 2            healthcare fraud in violation of Title 18,
 3            United States Code, Section 1347.  Count 5 is
 4            based on a claim for approximately $1,624.21
 5            submitted to Medicare on approximately April
 6            18, 2011, for a medically unnecessary power
 7            wheelchair and related accessories provided to
 8            Mary Winston.
 9               "We the jury, in the above-captioned
10            cause, unanimously find the defendant, Sylvia
11            Ogbenyeanu Walter-Eze, guilty as charged in
12            Count 5 of the indictment.
13               "Count 6 of the indictment charges the
14            defendant, Sylvia Ogbenyeanu Walter-Eze, with
15            healthcare fraud in violation of Title 18,
16            United States Code, Section 1347.  Count 6 is
17            based on a claim for approximately $1,624.21
18            submitted to Medicare on approximately May 16,
19            2011, for a medically unnecessary power
20            wheelchair and related accessories provided to
21            Maria Garibay.
22               "We the jury, in the above-captioned
23            cause, unanimously find the defendant, Sylvia
24            Ogbenyeanu Walter-Eze, guilty as charged in
25            Count 6 of the indictment.
```

1          "Count 7 of the indictment charges the
2     defendant, Sylvia Ogbenyeanu Walter-Eze, with
3     participating in a conspiracy to pay and
4     receive illegal healthcare kickbacks with
5     co-conspirators Wilmer David Guzman, Judith
6     Estrella, and others, in violation of Title
7     18, United States Code, Section 1371 and Title
8     42, United States Code, Section
9     1320a-7b(b)(1)(A) and (2)(A).
10         "The overt acts charged in the indictment
11    are:
12         "One:  On or about May 11, 2010, the
13    defendant, Walter-Eze, paid kickbacks for
14    patient referrals in the amount of $500, paid
15    to Guzman;
16         "Number two:  On or about June 14, 2010,
17    defendant Walter-Eze paid kickbacks for
18    patient referrals in the amount of $1,200,
19    paid to Guzman;
20         "Three:  On or about February 15, 2011,
21    defendant Walter-Eze paid kickbacks for
22    patient referrals in the amount of $1,650,
23    paid to Guzman.
24         "We the jury, in the above-captioned
25    cause, unanimously find the defendant, Sylvia

```
 1                Ogbenyeanu Walter-Eze, guilty as charged in
 2           Count 7 of the indictment.
 3               "Dated March 19th, 2015, at Los Angeles,
 4           California."
 5               Signed by the foreperson of the jury.
 6           THE COURT:  Okay.  Thank you.
 7       Okay.  Ladies and gentlemen of the jury, is that your
 8  verdict, say you one, say you all?
 9           JURORS:  Yes.
10           THE COURT:  Okay.  Anytime we take a verdict, civil or
11  criminal, I always poll the jury afterwards to make sure that
12  the verdict does reflect each person's individual verdict on
13  it, and so as I go through -- I'm going to call you by number.
14  As I go through, the question is:  Is the verdict as read by
15  the clerk in the court today, does that reflect your own
16  independent verdict on this case?
17      Juror No. 1?
18           JUROR:  Yes, sir.
19           THE COURT:  Juror No. 2?
20           JUROR:  Yes, sir.
21           THE COURT:  Juror No. 3?
22           JUROR:  Yes, sir.
23           THE COURT:  Juror No. 4?
24           JUROR:  Yes.
25           THE COURT:  Juror No. 5?
```

```
 1            JUROR:  Yes, sir.
 2            THE COURT:  Juror No. 6?
 3            JUROR:  Yes, sir.
 4            THE COURT:  Juror No. 7?
 5            JUROR:  Yes, sir.
 6            THE COURT:  Juror No. 8?
 7            JUROR:  Yes, sir.
 8            THE COURT:  Juror No. 9?
 9            JUROR:  Yes, your Honor.
10            THE COURT:  Juror No. 10?
11            JUROR:  Yes, your Honor.
12            THE COURT:  Juror No. 11?
13            JUROR:  Yes, your Honor.
14            THE COURT:  Juror No. 12?
15            JUROR:  Yes, your Honor.
16            THE COURT:  Okay.  The Court will order the verdict to
17   be recorded, then.
18         Ladies and gentlemen, I want to thank you very much for
19   your participation.  It's been four, five, six days, seven days
20   now, or whatever it's been.  You've paid attention.  You've
21   been right on time.  You've been a great jury.  You've donated
22   your time to the Court and all, and we appreciate it.
23   Hopefully, this has been an interesting experience for you,
24   also.
25         At this time I'm going to be releasing you.  That means
```

1   that you can now talk about the case if you want to, because
2   it's finished and it's over.
3       When I release you, sometimes, if you wish, you can -- the
4   attorneys may want to talk to you outside the courtroom to see
5   what your feelings on it were one way or the other.  The one
6   thing I've gotta admonish you, though, if you do talk with
7   anybody about this case out there, you're not allowed to talk
8   about what the other jurors said in the courtroom -- or excuse
9   me, in the jury room, because that's sacred.  What goes on
10  between jurors in the courtroom is sacred.  But you can say,
11  "Well, I thought this was weak" or "I thought this was strong",
12  or whatever, if you want.
13      Also, there are many jurors that have voiced a feeling
14  that they just don't want to particularly talk to anybody after
15  the case, and if that's true, the bailiff will make sure you're
16  escorted out so you don't have to talk to anybody at all.
17  That's up to you.
18      Any questions you might have?  If not, thank you very much
19  for your participation, and I'm going to excuse you at this
20  time.
21          THE CLERK:  All rise.
22          THE COURT:  And as you're leaving, the two alternates
23  are also excused at this time if you wish to go.
24      Thank you very much for coming in.
25          *(The jurors and alternate jurors exited the courtroom.)*

```
 1              THE COURT:  Okay.  You may have seats.
 2         Sentencing date.
 3              THE CLERK:  I have a sentencing date available of
 4   June 15th at 10:00 a.m.
 5              THE COURT:  June 15th at 10:00 a.m.  Is that agreeable
 6   with all parties?
 7              MS. QUINTERO:  Your Honor, at this time we would like
 8   to ask for remand of the defendant.
 9              THE COURT:  Well, before that, let me ask you about
10   the dates.
11              MS. QUINTERO:  Yes, that's fine, your Honor.
12              THE COURT:  Is June 15th a good date for everybody?
13              MS. QUINTERO:  Yes, your Honor.
14              MR. DARDEN:  Yes, your Honor.
15              THE COURT:  Okay.  June 15.
16         Counsel, as far as status goes, you're asking for remand?
17              MS. QUINTERO:  Yes, your Honor.
18              THE COURT:  Okay.
19         And Counsel, you wish to be heard?
20              MR. DARDEN:  Yes, your Honor.  May I?
21              THE COURT:  Yes.
22              MR. DARDEN:  Well, as the Court is aware, you know,
23   the defendant was first visited by federal agents way back in
24   2012.  She has three children.  She is married.  She has not
25   moved or left that location.  She's made every court
```

1 appearance. I have not heard of any type of complaint or issue
2 with pretrial services. She surrendered her passport three
3 years ago, and so for three years she has been under the
4 supervision of pretrial services, and she has not violated any
5 rule. There's no reason to think that she is going to flee or
6 not appear for sentencing. Her husband is here in court today
7 to support her. I understand that she has been found guilty.
8 She's not a flight risk, she's not a danger to the community,
9 and there's no reason to think she won't appear.
10      THE COURT: And your request is she remains on the
11 same bond that she was on before?
12      MR. DARDEN: It is, your Honor.
13      MS. QUINTERO: Your Honor, may we be heard?
14      THE COURT: Yes.
15      MS. QUINTERO: Your Honor, the defendant, including
16 her husband, has significant ties to Nigeria. In fact, her
17 husband, it's my understanding, has his business over there,
18 has his home over there, and resides a lot in Nigeria. In
19 fact, my understanding is, he is the individual that the
20 defendant just yesterday indicated had just flown in from
21 Nigeria.
22    And in fact, the defendant herself, on the day that she
23 was arrested -- and Mr. Darden mentioned that it was three
24 years ago or so that she's been complying. She was arrested in
25 I believe May of last year, in 2014, and actually, on the day

1   that she was arrested, she had a flight to go to Nigeria, your
2   Honor.  She has significant ties.
3        We do believe, especially given the potential -- under the
4   sentencing guidelines and so forth, the potential amount of
5   time that she's looking at, where she falls on the guidelines,
6   that she's -- and her significant ties to Nigeria, that she's
7   definitely a flight risk, given her husband's ties and her own
8   ties.
9            THE COURT:  Okay.  Last word goes to the defense.
10           MS. QUINTERO:  And your Honor --
11           THE COURT:  I'm sorry, go ahead.  Anything else?
12           MS. QUINTERO:  It's the government's position, your
13  Honor, that it's been clear through these proceedings,
14  especially when the defendant was on the stand, that there were
15  severe inconsistencies, for lack of putting it some other way,
16  your Honor.  The defendant is -- we saw -- we heard the
17  recording.  She didn't find a problem lying to law enforcement.
18  She said on the stand that field representatives were not
19  people.
20       You know, you have a defendant here that, we submit, your
21  Honor, does not have a respect for the law, and given her
22  significant ties, it is a significant concern.
23           THE COURT:  Okay.
24       Counsel, last word goes to the defense.
25           MR. DARDEN:  May I have one second before I --

| | |
|---|---|
| 1 | THE COURT:  Certainly. |
| 2 | *(Counsel conferred privately.)* |
| 3 | MR. DARDEN:  They talk about this trip my client was |
| 4 | about to take to Nigeria.  Her brother died, and she was on her |
| 5 | way to attend the funeral.  She has three children, and all her |
| 6 | children are still here.  She has a home that she owns.  Of |
| 7 | course it was still here and of course her business was still |
| 8 | here.  And she explained that to the agents, that she was going |
| 9 | to attend a funeral.  I mean, they know that.  She wasn't |
| 10 | trying to flee the jurisdiction.  Her husband is an American |
| 11 | citizen, your Honor. |
| 12 | THE COURT:  Okay. |
| 13 | MR. DARDEN:  You know, she's not going to go anywhere. |
| 14 | I mean, even as the Court went through the issue of |
| 15 | substitution of counsel and the very intense conversations we |
| 16 | had on the record about the trial and sanctions and all of |
| 17 | these things, throughout all of that and throughout all of the |
| 18 | government's case, she has been here.  You know, she's never |
| 19 | attempted to run or flee. |
| 20 | Now, the government says, well, she doesn't have respect |
| 21 | for the law because she says that she interpreted "people" to |
| 22 | mean someone other than her employees.  I mean, that -- I think |
| 23 | that that is reaching.  And even when -- well, even when you |
| 24 | look back at statements they claim she made about people |
| 25 | being -- or so called "marketers" doing odd jobs, you listen to |

1  the tapes, she didn't say "odd jobs," she said "other jobs."
2       I mean, the point being, she exercised her right to trial,
3  and she's been found guilty, and she has followed every rule
4  and regulation imposed by the Court, even the last couple of
5  days while the jury has been out.  She's been right here on
6  time in the courthouse.  Not going anywhere.  If she wanted to
7  flee, she's had months and months and months to attempt to
8  flee, your Honor.
9            THE COURT:  Okay.
10           MR. DARDEN:  She's prepared to file motions for new
11 trial to endorse and go through the appellate process.  She
12 understands that.  She will be here.  I mean, certainly the
13 Court can impose some other conditions for her liberty, but
14 she's going to be here, Judge, and she's proven she will be.
15           THE COURT:  Okay.
16           MS. QUINTERO:  Your Honor?
17           THE COURT:  Okay, no.  I've heard from both sides,
18 Counsel.
19      The allegation that she said, you know, that employees
20 weren't people or that marketers as opposed to employees, I
21 don't -- that doesn't factor in one way or the other.  That, to
22 me, that's really -- it is reaching.
23      The issue is, before trial, is the Court convinced that
24 she would be a flight risk, and if the Court is not convinced
25 she is a flight risk, then she should be entitled to bail.

1       After trial, it's a different standard.  The Court has to
2  be satisfied that she is not and would not be a flight risk.
3       I'm not satisfied to the point where I can say no, she's
4  not going to be a flight risk, and therefore, the defendant
5  will be remanded.
6            MR. DARDEN:  Will she be allowed any bail?
7            THE COURT:  I'm sorry?  No.  No.
8            MR. DARDEN:  Available to post bond?
9            THE COURT:  Would she be allowed to have bail?  Is
10 that what you said?
11           MR. DARDEN:  Yeah, or bond, whatever.
12           THE COURT:  No.  No.  She'll be remanded forthwith.
13           THE CLERK:  All rise.
14      Court is in recess.
15
16              *(Proceedings concluded at 9:16 a.m.)*
17
18                           *--oOo--*

1018

1  *CERTIFICATE*

2

3  *I hereby certify that pursuant to Section 753,*

4  *Title 28, United States Code, the foregoing is a true and*

5  *correct transcript of the stenographically reported proceedings*

6  *held in the above-entitled matter and that the transcript page*

7  *format is in conformance with the regulations of the*

8  *Judicial Conference of the United States.*

9

10  *Date:  MAY 29, 2015*

11

12

13

14            */S/ SANDRA MACNEIL*

15            *Sandra MacNeil, CSR No. 9013*

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA